IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3130 |
| vs. | ORDER |
| EMMANUEL CHARLES KUOT, | |
| Defendant. | |

This matter is before the Court on correspondence from the defendant that has been filed as a motion for copies (filing 168). The Court will deny the defendant's motion.

The defendant does not have the right to receive copies of documents without payment, even if he is indigent. *See* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). Nor does the basis for the defendant's request—newly amended Sentencing Guidelines—support his request at this point, because none of those amendments have been applied retroactively yet. *See* U.S.S.G. § 1B1.10.[1] And the "statement of reasoning," which the Court presumes is the statement of reasons, is a sealed document,

---

[1] Nor are any proposed retroactive amendments likely to affect the defendant. The amendments that have been proposed (but not yet adopted) for retroactive application deal with mitigating role adjustments in drug trafficking cases, use of the "physically restrained" enhancement in robbery cases, and the meaning of "intervening arrest" in determining criminal history—none of which were applied in the sentencing guidelines calculation in this case. *See* filing 161; *see also* Notice of Submission to Congress of Amendments to the Sentencing Guidelines Effective November 1, 2025, and Request for Comment, 90 Fed. Reg. 19798 (May 9, 2025), https://www.federalregister.gov/d/2025-07785/p-3.

which will not be provided to the defendant based on the Court's policies regarding sealed filings.

In addition, the defendant requests a transcript of sentencing, but no such transcript was prepared. The Court will direct the Clerk's Office to provide the defendant with a copy of a request for transcript form, which the defendant may complete and return. The defendant's sentencing hearing was recorded by a court reporter, so if the defendant returns the request for transcript form, the court reporter will contact the defendant to arrange for payment of the fee.

The defendant may also pay the Clerk of the Court for copies of other documents at the established rate of 50¢ per page. The other documents he has requested—the docket sheet and judgment—total 17 pages for a cost of $8.50, which must be prepaid when requested. Accordingly,

IT IS ORDERED:

1. The defendant's motion for copies (filing 168) is denied.

2. The Clerk of the Court is directed to provide the defendant with a copy of this order and a request for transcript form.

Dated this 3rd day of November, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge